UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

GILBERT HUERTAS,   :   23-CR-141 (VEC)

Defendant.   :   ORDER
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 12, 2024, the parties requested that the Court schedule a change-of-plea hearing in this matter.

IT IS FURTHER ORDERED that a change-of-plea hearing will be held on **Friday, July 12, 2024, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

Date:  June 12, 2024
       New York, New York

                                                   **VALERIE CAPRONI**
                                                   **United States District Judge**