```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,                    :
                                             :
            -against-                        :
                                             :       23-CR-141 (VEC)
ANAYDA HUERTAS and GILBERT HUERTAS,          :
                                             :       ORDER
                                Defendants.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 12, 2024, Ms. Huertas and Mr. Huertas appeared before the Court for a change-of-plea hearing, at which each Defendant entered a plea of guilty to Count 1 of the Indictment, and both guilty pleas were accepted by the Court.

IT IS HEREBY ORDERED that Ms. Huertas and Mr. Huertas will be sentenced on **Wednesday, November 13, 2024, at 10:30 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. The pre-sentencing submissions for Ms. Huertas and Mr. Huertas are due **October 30, 2024.**

**SO ORDERED.**

Date:  July 12, 2024
       New York, New York

_____
VALERIE CAPRONI
United States District Judge